IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-CV-01466-MSK-MJW

GARNETT SMITH,

    Plaintiff,

v.

KABLE FULFILLMENT SERVICES, INC.,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RESET THE SETTLEMENT CONFERENCE
(Docket No. 21)

---

**THIS CAUSE** coming to be heard on Defendant Kable Fulfillment Services Inc.'s Unopposed Motion to Vacate and Reset the Settlement Conference, due notice having been given, and the Court having been duly advised on the premises:

**IT IS HEREBY ORDERED:**

Defendant's Motion is Granted. The Court vacates the Settlement Conference set for April 18, 2007 and resets the conference for June 1, 2007 at 8:00 A.m. Each party shall submit an updated Confidential Settlement Statement to the undersigned on or before May 25, 2007 outlining the facts and issues, as well as the strengths and weaknesses of their case.

Dated this 12th day of April, 2007.

BY THE COURT:

_____
Michael J. Watanabe
U.S. Magistrate Judge
District of Colorado

Firmwide:82293193.1 052949.1001